IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPENMIND SOLUTIONS, INC., | : | Civil Action No. 12-5425 |
| Plaintiff, | : | |
| v. | : | |
| ANDREW PETTICOFFER | : | |
| Defendant. | : | |
| | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the defendant in this case has neither filed an answer to Plaintiff's Complaint, nor any other responsive pleading. Therefore, respectfully, Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

                                              Respectfully Submitted,

                                              Plaintiff,
                                              By its attorneys,

DATED: October 9, 2012

                                    By:    /s/ Daniel G. Ruggiero

                                              Daniel G. Ruggiero, Esq.
                                              P.O. Box 291
                                              Canton, MA 02021
                                              Telephone: (339) 237-0343
                                              Fax: (339) 707-2808

                                              *Attorney for Plaintiff*